## UNITED STATED DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IBIBIA AMANCHREE**<br>4266 Suitland Road, Apt. 201<br>Suitland, Maryland 20746<br><br>         Plaintiff,<br><br>    v.<br><br>**SHEILA MORGAN**<br>106 Wilmington Place, S.E., Apt. 12<br>Washington, D.C. 20032<br><br>         Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. _____<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### **COMPLAINT**

COMES NOW the Plaintiff, Ibiba Amanchree, by and through his attorneys, Lawrence S. Lapidus and the law firm of Karp, Frosh, Lapidus, Wigodsky & Norwind, P.A., and respectfully represents to this Honorable Court as follows:

1. Jurisdiction is founded upon 28 U.S.C. §1332, in that Plaintiff and Defendant are domiciled in different States and the amount in controversy exceeds $75,000. Venue is appropriate in this federal district since the cause of action arose in the District of Columbia, as set forth below.

2. Plaintiff, Ibiba Amanchree, is an American citizen and is domiciled Maryland.

3. Defendant, Sheila Morgan is an American citizen and is domiciled in the District of Columbia.

4. On January 5, 2007, at approximately 11:00 pm, Plaintiff was driving his motor vehicle in the vicinity of the 1600 block of New Jersey Avenue, Washington, D.C. He brought his vehicle to a complete stop as he was waiting for the light to turn green at New Jersey Avenue.

5. At said time and place, Defendant drove her vehicle into the rear of Plaintiff's

vehicle, causing damage to Plaintiff's vehicle and causing Plaintiff serious and permanent bodily injuries, pain and suffering, severe and frequent back pain together with other injuries, which include, but are not limited to, left C-7 radiculopathy with attending neck pain, thoracic or lumbrosacrial neuritis or radiculitis, concussion with loss of concentration, brachial neuritis or radiculitis and severe and frequent headaches. As a result of these aforesaid injuries, he has been inconvenienced, and has incurred and is continuing to incur charges for medical examinations and treatments and medications to alleviate pain proximately caused by the aforesaid occurrence. He has suffered pain and will continue to suffer pain and to be inconvenienced. He remains under active medical care at this time for the aforementioned injuries and will continue to incur medical costs to treat these injuries in the future.

6. At the time of the impact and immediately prior thereto, the defendant was intoxicated. A breathalyzer test taken shortly after the impact, showed a blood alcohol content of .21 --twice the legal limit.

7. As a proximate and direct result of the aforesaid impact, plaintiff has lost income from his position as a Budget Analyst for the D.C. Government.

## Count I

### (**Negligence of Defendant Morgan**)

8. All of the above contentions are incorporated herein by reference.

9. Defendant breached these aforementioned duties owed to Plaintiff, was negligent and careless in the operation of her vehicle and violated the applicable traffic laws of the District of Columbia; and as a proximate result of this aforesaid negligence, Plaintiff sustained serious and permanent injuries and other losses set forth in contention numbered 5 and 7, *supra*.

10. At all times pertinent hereto, Plaintiff was free of contributory negligence.

**WHEREFORE,** the premises considered, Plaintiff Two Hundred Fifty Thousand Dollars ($250,000.00) in compensatory damages plus costs of this action.

### Count II

### (Punitive Damages)

11. All of the above allegations are incorporated herein by reference.

12. The defendant drivers' conduct was grossly wanton, oppressive, malicious and /or reckless and demonstrates an intent to injure lawful users of the roadways in the District of Columbia, and constitutes a willful disregard for the rights of the plaintiff herein as well as other users of the public roadways and /or a criminal indifference to civil obligations.

WHEREFORE, the premises considered, plaintiff demands punitive damages in the amount of One Hundred Thousand Dollars ($100,000) plus costs of this action.

        Respectfully submitted,

        _____
        Lawrence S. Lapidus, #02922
        **KARP, FROSH, LAPIDUS**
        **WIGODSKY & NORWIND, P.A.**
        1133 Connecticut Avenue, N.W., Suite 250
        Washington, D.C. 20036
        (202) 822-3777
        llapidus@karpfrosh.com

        Attorneys for Plaintiff

## **JURY DEMAND**

Plaintiff demands a trial by jury on all issues.

_____
Lawrence S. Lapidus

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
IBIDA AMANCHREE

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
SHEILA MORGAN

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE T...

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
LAWRENCE LAPIDUS
1133 Conn. Ave. N.W. #250
W., D.C. 20036
202-822-3227

Case: 1:07-cv-01743
Assigned To : Kennedy, Henry H.
Assign. Date : 9/28/2007
Description: PI/Malpractice

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
■ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|   | PTF | DFT |   | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ■ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ■ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ● B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
■ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(1)

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 1346

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐     DEMAND $     Check YES only if demanded in complaint  JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☐ NO  If yes, please complete related case form.

DATE 9.28.07    SIGNATURE OF ATTORNEY OF RECORD  NCO

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd