Court for the District of Columbia

Civil Division

IBIBIA AMANCHREE,                )
                                 )
**Plaintiff**                    )
                                 )
v.                               )    CA Number  1:07 CV-01743
                                 )
SHELIA MORGAN,                   )
                                 )
**Defendant**                    )

### Affidavit of Service

I, RW Chafee Jr, having been duly authorized to make service of the Summons / Complaint / Initial Order _____ in the above entitled case, do hereby depose and state that my business name/address is: The Carter Corporation, Inc., 601 Pennsylvania Avenue, N.W., Suite 900 South, Washington, D.C., 20004. That I am not a party to this suit. That my age is 62. That at 6:00 a.m. / p.m. on the 8th day of October 20 07, I served the within named defendant Shelia Morgan personally and/or by leaving a copy of the Summons / Complaint / Initial Order _____ at his/her/its usual place of abode, employment or place of business at 1309 Early Oaks Drive, Capital Heights, Washington, D.C. / Maryland / Virginia with Mrs Morgan, a person of suitable age and discretion then residing therein as directed by the _____ Rule 4 of the Federal Code of Civil Procedures. Persons served stated and/or inferred by silence that he/she resided with the defendant.

Race Black   Age 34   Height 5'11" 2w   Weight 170 lbs.

                                        RW
                                    _____
                                    The Carter Corporation, Inc.

Subscribed and sworn to before me this 9th day of October, 20 07.

                                    Nia T. Morson
                                    _____
                                    Notary Public / Deputy Clerk

NIA T. MORSON
Notary Public, District of Columbia
My commission expires: My Commission Expires October 14, 2011

Attorney: Laurence J Lapidus Esq