IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IBIBIA AMANCHREE | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| Vs. | : | Case No. 1:07cv01743 |
| | : | Judge Henry H. Kennedy, Jr. |
| SHEILA MORGAN | : | PI/Malpractice |
| | : | |
| Defendant | : | |

## ANSWER OF DEFENDANT, SHEILA MORGAN, TO COMPLAINT

COMES NOW the Defendant, Sheila Morgan, through counsel, Francis J. Ford, and for an Answer to the Complaint filed herein, states:

### FIRST DEFENSE

The Complaint fails to state a cause of action upon which relief may be granted.

### SECOND DEFENSE

1. The allegations contained in paragraph 1 of the Complaint are jurisdictional and do not require a response.

2. This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the Complaint.

3. The allegations contained in paragraph 3 of the Complaint are admitted.

4. It is admitted that the accident occurred at or about the time and place alleged in paragraph 4 but the remaining allegations contained in paragraph 4 of the Complaint are denied.

5. The allegations contained in paragraph 5 of the Complaint are denied.

6. The allegations contained in paragraph 6 of the Complaint are denied.

7. The allegations contained in paragraph 7 of the Complaint are denied.

8. To the extent that paragraph 8 of the Complaint adopts and incorporates by reference the previously numbered paragraphs 1 – 7, this Defendant adopts her responses to those specifically numbered paragraphs.

9. The allegations contained in paragraph 9 of the Complaint are denied.

10. The allegations contained in paragraph 10 of the Complaint are denied.

11. To the extent that paragraph 11 of the Complaint adopts and incorporates by reference the previously numbered paragraphs 1 – 10, this Defendant adopts her responses to those specifically numbered paragraphs.

12. The allegations contained in paragraph 12 of the Complaint are denied.

## **THIRD DEFENSE**

The injuries and damages, if any, sustained by the Plaintiff were the result of the Plaintiff's sole or contributory negligence.

**WHEREFORE**, having fully answered, the Defendant, Sheila Morgan, prays that the Complaint be dismissed with costs against the Plaintiff.

FRANCIS J. FORD, P.A.

/s/ Francis J. Ford
Francis J. Ford   #13276
7700 Old Georgetown Road, Suite 520
Bethesda, Maryland 20814
(301) 279-2000
Attorney for Defendant
E-Mail:  ff.law@verizon.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Answer of Defendant, Sheila Morgan, to Complaint was mailed, postage prepaid, first class mail, this 10th day of October, 2007, to:

      Lawrence S. Lapidus, Esquire
      Karp, Frosh, Lapidus, Wigodsky & Norwind, P.A.
      1133 Connecticut Avenue, N.W.
      Suite 250
      Washington, D. C. 20036


      /s/ Francis J. Ford_____
      Francis J. Ford  #13276