UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IBIBA AMACHREE**      :  <br>       :  <br>Plaintiff,      :  <br>       :  <br>-v.-       :     Case No: 1:07-CV-01743  <br>       :     Judge:  Kennedy, Henry H.  <br>**SHEILA MORGAN**      :     Description:  PI/Malpractice  <br>       :  <br>Defendant      :  <br>       : | |

### STIPULATION OF DISMISSAL
### <u>WITHOUT PREJUDICE</u>

PURSUANT to Fed. R. Civ. P. 41 (a) (ii), the parties hereto, by and through their undersigned counsel, hereby stipulate that the above-styled action may be dismissed without prejudice.

/s/ Lawrence S. Lapidus                                    /s/ Francis J. Ford
_____                            _____

Lawrence S. Lapidus                                           Francis J. Ford, Esquire
Federal Bar # 02992                                            Federal Bar # 13276
KARP, FROSH, LAPIDUS, WIGODSKY        7700 Old Georgetown Road
  & NORWIND, P.A.                                          Suite 520
1133 Connecticut Avenue, NW; Suite 250         Bethesda, MD 20814
Washington, D.C. 20036                                   (301) 279 – 2000
(202) 822-3777

*Attorney for Sheila Morgan*

*Attorney for Plaintiff Ibiba Amachree*